[No. 38814.    Department Two.    December 1, 1966.]

THE CITY OF SEATTLE, *Respondent*, v. ALICIA M. DEAUSTRIA, *Appellant*.*

*Jack Steinberg*, for appellant.

*A. L. Newbould* and *John R. Nowell*, for respondent.

PER CURIAM.—The judgment of the trial court is affirmed on the authority of *State v. Doolittle, ante* p. 744, 419 P.2d 1012 (1966).

In justice to counsel for appellant, Alicia M. DeAustria, it should be stated that the opinion in *State v. Doolittle, supra*, was not filed until the day after the appeal in this case was argued. The *Doolittle* opinion disposes of all issues raised in the present case adversely to the contentions of the appellant, Mrs. DeAustria.

*Reported in 420 P.2d 374.